NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TAURUS IP, LLC (NOW KNOWN AS MANUFACTURING SYSTEM TECHNOLOGIES, LLC),**
*Plaintiff/Third Party Defendant-Appellant,*

AND

**ORION IP, LLC (NOW KNOWN AS CLEAR WITH COMPUTERS LLC) AND ERICH SPANGENBERG,**
*Third Party Defendant-Appellants,*

v.

**DAIMLERCHRYSLER CORPORATION, CHRYSLER FINANCIAL, LLC, AND DAIMLERCHRYSLER COMPANY, LLC,**
*Defendants,*

AND

**CHRYSLER HOLDING, LLC,**
*Defendant,*

AND

**MERCEDES-BENZ USA, INC., AND CHRYSLER GROUP LLC,**
*Defendants/Third Party Plaintiffs-Cross Appellants.*

2008-1462,-1463, -1464, 1465

Appeals from the United States District Court for the Western District of Wisconsin in case no. 07-CV-158, Chief Judge Barbara B. Crabb.

**TAURUS IP, LLC (NOW KNOWN AS MANUFACTURING SYSTEM TECHNOLOGIES, LLC),**
*Plaintiff-Appellant,*

v.

**HYUNDAI MOTOR AMERICA,**
*Defendant-Cross Appellant,*

AND

**REEBOK INTERNATIONAL, LTD.,**
*Defendant,*

AND

**POLO RALPH LAUREN CORP.,**
*Defendant,*

AND

**MICHELIN NORTH AMERICA, INC.,**
*Defendant.*

2008-1474, -1477

Appeals from the United States District Court for the Western District of Wisconsin in case no. 07-CV-477, Chief Judge Barbara B. Crabb.

---

## ON MOTION

---

## ORDER

Taurus IP, LLC moves without opposition to withdraw Kenneth C. Bass III as counsel of record.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 2 4 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Mitchell G. Stockwell, Esq.
     Elizabeth A. Wiley, Esq.
     Jon E. Wright, Esq.
     Gene C. Schaerr, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2012

JAN HORBALY
CLERK